```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/15/25
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------- x
In re:

GOLDEN SEAHORSE LLC
dba Holiday Inn Manhattan Financial
District,

                Debtor.

------------------------------- x

23-cv-7868 (LAK)

**ORDER**

The Clerk of Court shall close this case.

Dated: January 15, 2025

                                                  Lewis A. Kaplan
                                      United States District Court